**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Plaintiffs Pfizer Inc.,
Pharmacia & Upjohn Company LLC, and Pfizer Health AB*



07 CV 11198

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC., PHARMACIA & UPJOHN COMPANY LLC, and PFIZER HEALTH AB, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | **STATEMENT OF PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Pfizer Inc., Pharmacia & Upjohn Company LLC, and Pfizer Health AB, by their attorneys White & Case LLP, hereby state that (1) Pfizer Inc. has no parent corporation, (2) no publicly held corporation owns 10% or more of Pfizer Inc.'s, Pharmacia & Upjohn Company LLC's, or Pfizer Health AB's stock, and (3) Pfizer Inc. is the ultimate parent of Pharmacia & Upjohn Company LLC and Pfizer Health AB.

Dated: December 12, 2007
      New York, NY

                                    Respectfully submitted,

**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
Phone: (212) 819-8200
Facsimile: (212) 354-8113

By: _____
Dimitrios T. Drivas  (DD 8891)
Jeffrey J. Oelke  (JO 2534)
Adam Gahtan  (AG 8802)
James S. Trainor, Jr.  (JT 2520)

*Attorneys for Plaintiffs Pfizer Inc.,*
*Pharmacia & Upjohn Company LLC, and*
*Pfizer Health AB*