|  |  |
|---|---|
| PFIZER, INC., PHARMACIA & UPJOHN COMPANY, LLC, and PFIZER HEALTH AB | ) Case No.: **07 CV 11198** <br> ) <br> ) <br> ) |
| Plaintiffs <br> v. | ) <br> ) <br> ) |
| TEVA PHARMACEUTICALS USA, INC. | ) <br> ) |
| Defendant | ) |

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Rockland    ss:

I, David A. Bacharach, being duly sworn, deposes and says; deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **DECEMBER 14, 2007** at **4:05 PM** at **15 NORTH MILL STREET, NYACK, NEW YORK 10960**, deponent served the within **CIVIL COVER SHEET, SUMMONS IN A CIVIL CASE, COMPLAINT, STATEMENT OF PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1, PRACTICES OF JUDGE SWAIN, PROCEDURES OF MAGISTRATE JUDGE FOX, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL** on **TEVA PHARMACEUTICALS USA, INC. (c/o CORPORATE CREATIONS NETWORK, INC.)** defendant therein named.

CORPORATION: A domestic corporation, by delivering thereat a true copy of each to **BEVERLY BLAKE** personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be **MANAGING AGENT** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: **Female**    Skin: **White**    Hair: **Blonde**    Age: **51-65 Yrs.**    Height: **5'4"-5'8"**    Weight: **100-130 Lbs.**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

David A. Bacharach    Lic. #: 1095841

Subscribed and sworn to before me, a notary public, on this 17th day of DECEMBER, 2007.

Notary Public

ALICIA C RAIMONDI
Notary Public - State of New York
NO. 01RA6160026
Qualified in Rockland County
My Commission Expires 1/29/11