UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC., <br> PHARMACIA & UPJOHN COMPANY LLC, and <br> PFIZER HEALTH AB, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | CIVIL ACTION No: 07-11198-LTS |

**STATEMENT OF TEVA PHARMACEUTICALS USA, INC.**
**PURSUANT TO FEDERAL RULE 7.1(a)**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Teva Pharmaceuticals USA, Inc. hereby discloses and certifies that Teva Pharmaceuticals USA, Inc. is an indirect, wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which is a publicly traded company.

LIBA/1856600.1

-2-

Dated: New York, New York
       January 3, 2008

GOODWIN PROCTER LLP

By: /s/ David M. Hashmall
David M. Hashmall (DH-9996)
Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 813-8800
Facsimile: (212) 355-3333