UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PFIZER INC., <br> PHARMACIA & UPJOHN COMPANY, and <br> PFIZER HEALTH AB, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Case No: 07-CV-11198 (LTS) (KNF) <br><br> **NOTICE OF MOTION** |

TO:

    Dimitrios T. Drivas, Esq.
    Jeffrey J. Oelke, Esq.
    Adam Gahtan, Esq.
    James S. Trainor, Jr., Esq.
    WHITE & CASE LLP
    1155 Avenue of the Americas
    New York, NY 10036

COUNSEL:

PLEASE TAKE NOTICE that Defendant Teva Pharmaceuticals USA, Inc. ("Teva") will move this Court, before the Honorable Laura T. Swain, U.S.D.J., S.D.N.Y. located at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court for an Order pursuant to L.Civ.R. 6.2 and 28 U.S.C. § 1404(a), transferring this action to the United States District Court for the District or New Jersey.

PLEASE TAKE FURTHER NOTICE that Teva will rely upon the Memorandum submitted with this Notice of Motion, the Affidavit of Don M. Kennedy, and upon all pleadings and proceedings on file herein.

Defendant Teva Pharmaceuticals USA, Inc. hereby certifies that its counsel conferred with counsel for Plaintiffs Pfizer, Inc., Pharmacia & UpJohn Company LLC, and Pfizer Health AB, and used its best efforts to resolve informally the issue raised in the present motion.

Respectfully submitted,

Dated: January 16, 2008                    GOODWIN PROCTER LLP,

/s/ David M. Hashmall
David M. Hashmall (DH9966)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
dhashmall@goodwinprocter.com
Tel: (212)813-8800
Fax: (212)355-3333

OF COUNSEL:

Don M. Kennedy
dkennedy@goodwinprocter.com
(Pro Hac Vice Admission Pending)
Elaine H. Blais
eblais@goodwinprocter.com
(Pro Hac Vice Admission Pending)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

*Attorneys for Defendant*
Teva Pharmaceuticals USA, Inc.