UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC., PHARMACIA & UPJOHN COMPANY LLC, and PFIZER HEALTH AB<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | **MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>CIVIL ACTION No: 07-11198(LTS) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David M. Hashmall, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of Elaine Herrmann Blais and Don M. Kennedy to argue or try this case as whole or in part as counsel.

Dated: January 30 2008
New York, New York

Respectfully submitted,

GOODWIN PROCTER LLP

David M. Hashmall (DH 9966)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
dhashmall@goodwinprocter.com
Tel: (212)813-8800
Fax: (212)355-3333

*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

LIBA/1857545.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

PFIZER INC.,
PHARMACIA & UPJOHN COMPANY LLC and
PFIZER HEALTH AB

         Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC
         Defendants.

------------------------------------------------------------- X

Civil Action No. 07-11198(LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ss.:
COUNTY OF NEW YORK  )

      Jack B. Groarke, Court Clerk for Goodwin Procter LLP, Attorneys for Defendant TEVA PHARMACEUTICALS USA, INC , being duly sworn, deposes and says that he is not a party to the within proceeding, is over 21 years of age and resides in Oradell, New Jersey.

      That on the 31st day of January, 2008, deponent served, true copies of the Notice of Motion for Admission Pro Hac Vice of Elaine Hermann Blais and Don M. Kennedy along with accompanying documents, by depositing true copies of the same securely enclosed in postpaid wrappers, in a Post Office Box regularly maintained by the United States Postal Service at 909 Third Avenue, New York, New York, directed to the following:

Dimitros Drivas
Adam Gahtan
White & Case LLP
1155 Avenue of Americas
New York, NY 10036

LIBNY/4693569.1

 

                                                                      *[signature]*
                                                                   Jack B. Groarke
                                                                   License No. 1263335

Sworn to before me this
31st day of January, 2008

*[signature]*
Notary Public

    ALEXIS D. FERNANDEZ
  Notary Public, State of New York
      No. 01FE6061328
   Qualified in NEW YORK County
  Commission Expires JULY 16, 2011

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC.,<br>PHARMACIA & UPJOHN COMPANY LLC, and<br>PFIZER HEALTH AB<br><br>               Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>               Defendant. | **DECLARATION OF DAVID M.**<br>**HASHMALL IN SUPPORT OF MOTION**<br>**TO ADMIT COUNSEL PRO HAC VICE**<br><br>CIVIL ACTION No: 07-11198-(LTS) |

I, David M. Hashmall, being duly sworn, state as follows:

1. I am a member of the firm Goodwin Procter LLP, and a member in good standing of the bar of this Court since 1979. I make this Declaration in support of the motion, pursuant to rule 1.3(c) of the Local Rules of this Court for the admission of Elaine Herrmann Blais and Don M. Kennedy to the Bar of this Court pro hac vice.

2. Ms. Blais is a partner at Goodwin Procter LLP, which is counsel to defendants Teva Pharmaceuticals USA Inc. She is a member in good standing of the Bar of the Commonwealth of Massachusetts. Attached as Exhibit 1 is the Certificate from the Commonwealth of Massachusetts stating that Ms. Blais is a member in good standing of the Massachusetts Bar. She is also admitted before, and is in good standing with the States Bars of Ohio and Illinois. Ms. Blais is familiar with the Federal rules of Civil Procedure, the Federal Rules of Evidence and the Rules of this Court. No disciplinary proceedings have ever been brought against Ms. Blais in any State or Federal Court.

3. Mr. Kennedy is a partner at Goodwin Procter LLP, which is counsel to defendants Teva Pharmaceuticals USA Inc. He is a member in good standing of the Bar of the

Commonwealth of Massachusetts. Attached as Exhibit 1 is the Certificate from the Commonwealth of Massachusetts stating that Mr. Kennedy is a member in good standing of the Massachusetts Bar. Mr. Kennedy. is familiar with the Federal rules of Civil Procedure, the Federal Rules of Evidence and the Rules of this Court. No disciplinary proceedings have ever been brought against Mr. Kennedy in any State or Federal Court.

4. Accordingly, I respectfully request that Elaine Herrmann Blais and Don M. Kennedy to be admitted to the Bar of this Court pro hac vice.

Dated:
New York, New York

Respectfully submitted,

**GOODWIN PROCTER LLP**

_____
David M. Hashmall (DH 9966)

3

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **tenth** day of **April** A.D. **2003**, said Court being the highest Court of Record in said Commonwealth:

## Elaine H. Blais

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **January** in the year of our Lord **two thousand and eight**.


MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fourth** day of **November** A.D. **1970**, said Court being the highest Court of Record in said Commonwealth:

**Don M. Kennedy**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fourth** day of **January** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC.,<br>PHARMACIA & UPJOHN COMPANY LLC, and<br>PFIZER HEALTH AB<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>　　　　　　　　Defendant. | [PROPOSED] ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION<br><br>CIVIL ACTION No: 07-11198(LTS) |

　　　　Upon consideration of the Notice of Motion for Admission Pro Hac Vice of Elaine Herrmann Blais and Don M. Kennedy dated January ____, 2008 and the accompanying Declaration of David M. Hashmall sworn to on January ___, 2008 it is hereby

ORDERED that pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Elaine Herrmann Blais and Don M. Kennedy are hereby admitted pro hac vice to the Bar of this Court for the purpose of representing defendants Teva Pharmaceuticals USA, Inc. in the above captioned proceedings.

Dated _____, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

LIBA/1857562.1