# GOODWIN | PROCTER

Elaine Herrmann Blais
617.570.1205
eblais@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231



**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 13 2008

February 11, 2008

**By Facsimile**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

Re:   Pfizer Inc., et al. v. Teva Pharmaceuticals USA, Inc., 07-CV-11198 (LTS)(KNF)

Dear Judge Swain:

I write on behalf of defendant Teva Pharmaceuticals USA, Inc. ("Teva") to respectfully request an eight-day extension of time to reply to Plaintiff Pfizer's Opposition to Defendant Teva's Motion To Transfer from February 11, 2007 to February 19, 2008. Due to defense counsel's prior professional travel schedule, we are unable to submit our reply on February 11. We conferred with Plaintiffs' counsel on February 6, 2008, and Plaintiffs' counsel consented to the extension of time and the proposed deadline of February 19, 2008. There have been no previous requests for an extension of time, and the requested extension does not affect any other scheduled dates in this matter.

The request is granted.

Respectfully submitted,

*Elaine Herrmann Blais (JET)*

Elaine Herrmann Blais

SO ORDERED.

2/11/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc:  Adam Gahtan, Esquire (via facsimile)
     James S. Trainor, Jr., Esquire (via facsimile)